644

13 So.2d 896

**Eddie COPE v. STATE.**

4 Div. 751.

Court of Appeals of Alabama.
April 6, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

19 So.2d 852

**Hardenburg CORNEILSON v. STATE.**

8 Div. 428.

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

13 So.2d 896

**Ernest COTTON v. STATE.**

I Div. 458.

Court of Appeals of Alabama.
April 13, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

17 So.2d 183

**Arnold CRAWFORD v. STATE.**

7 Div. 753.

Court of Appeals of Alabama.
Jan. 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

18 So.2d 879

**Arnold CRAWFORD v. STATE.**

7 Div. 776.

Court of Appeals of Alabama.
June 6, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

18 So.2d 879

**Arnold CRAWFORD v. STATE.**

7 Div. 777.

Court of Appeals of Alabama.
June 6, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.